**ERRATA**

Please make the following changes to *Foshan Shunde Yongjian Housewares and Hardware Co., Ltd.* v. United States, Court No. 10-00059, Slip Op. 14-69:

- Page 13, line 13: change 722 F. Supp. 2d 1336 to 752 F. Supp. 2d 1336

June 20, 2014